UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
Aress Wilson Jr.,
    Debtor(s)

Case No.: 18-22582

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now debtor, by counsel, Kenneth Fugate, and Paul Chael, Standing Trustee, on the above-captioned Chapter 13 case, and show the Court that the debtor filed a Chapter 13 plan.

IT IS HEREBY AGREED by and between the debtor and the Trustee that the Plan should be modified as follows:

Beginning in January 2019, the plan payment shall increase to 1,310.00 to properly fund the plan. The IRS and IDR shall be paid a priority claim per their proof of claim. General unsecured claims shall be paid a minimum dividend of $22,260.00. This resolves the trustee's objection to confirmation filed on November 29, 2018.

The Court having examined said stipulated modification of the plan, and being duly advised in the premises finds that said proposed modification does not material change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or affect the feasibility of the plan, and that said proposed Immaterial Modification should be and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the plan, as the case may be, is deemed to have accepted the plan as modified.

**SO ORDERED.**

_____
JUDGE, U.S. BANKRUPTCY COURT

DATE: _____

EXAMINED AND APPROVED:

*/s/ Julia M Hoham, Attorney for*
Paul R. Chael, Trustee, 401 West 84th Drive, Suite C, Merrillville, IN 46410


/s/ Kenneth Fugate
Kenneth L. Fugate, Attorney for Debtor, 7225 E. Ridge Road, Hobart, In 46342